# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 14cr3330-MMA |
|---|---|
| Plaintiff, | **AMENDED ORDER OF CRIMINAL FORFEITURE** |
| v. | |
| CU VAN HUYNH, | |
| Defendant. | |

On June 18, 2015, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of CU VAN HUYNH in all property seized in connection with this case, including, a **Model AKS, 7.62x39mm, semi-automatic rifle, Serial No. 00392, made in China, imported by B West, Los Angeles, CA (the "firearm")**, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and 21 U.S.C. §§ 853(a)(1) and (2), as property involved in the commission of the offense of conviction, specifically, violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

The firearm was to be held by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") in its secure custody and control. However, subsequent to the entry of the Preliminary Order of Criminal Forfeiture, the United States discovered the firearm was in the custody of the San Diego Police Department ("SDPD").

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, the Model AKS, 7.62x39mm, semi-automatic rifle, Serial No. 00392, made in China, imported by B West, Los Angeles, CA, which is in SDPD custody, shall be disposed of by SDPD according to law.

**IT IS SO ORDERED**.

DATE: March 3, 2017

HON. MICHAEL M. ANELLO
United States District Judge